# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Achaogen, Inc., | : | Case No. 19-10844 (BLS) |
| Debtor. | : | (Jointly Administered) |
| Edward E. Neiger, not individually but as Plan Trustee of the Achaogen Plan Trust, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 21-50479 (BLS) |
| Cipla USA Inc., | : | |
| Defendant. | : | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
824 North Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

| | |
|---|---|
| COLE SCHOTZ, P.C.<br>Justin R. Alberto, Esquire<br>Andrew J. Roth-Moore, Esquire<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | ASK LLP<br>Joseph L. Steinfeld, Jr., Esquire<br>Nicholas C. Brown, Esquire<br>Shlomo Maza, Esquire<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN  55121 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: U.S. Bankruptcy Court<br>824 N. Market Street<br>Wilmington, DE 19801 | Room:  6th Floor, Courtroom No. 1<br><br>Date and Time:  TBD |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Date: May 27, 2021

_/s/ Una O'Boyle_
*Clerk of the Bankruptcy Court*

61299/0003-40831613v1