# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Achaogen, Inc., | Case No. 19-10844 (BLS) |
| Debtor. | |
| Edward E. Neiger, not individually but as Plan Trustee of the Achaogen Plan Trust, | |
| Plaintiff, | Adversary No. 21-50479 (BLS) |
| v. | **Re: Docket No. 9** |
| Cipla USA Inc., | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME FOR
## DEFENDANT TO RESPOND TO THE MOTION TO DISMISS

Edward E. Neiger, not individually, but as Plan Trustee (the "Plaintiff") of the Achaogen Plan Trust, and Cipla USA Inc. (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time for Plaintiff to Respond to the Motion to Dismiss* (the "Stipulation") and hereby stipulate and agree as follows:

1. On May 27, 2021, the Plaintiff commenced the above captioned adversary proceeding by filing a complaint against the Defendant [Adv. Pro. No. 1]. The summons was issued on May 27, 2021 [Adv. Pro. No. 4].

2. On August 6, 2021, the Defendant timely filed the *Defendant's Motion to Dismiss Counts I, IV, V, VI, VIII, IX and X* (the "Motion to Dismiss") [Adv. Pro. No. 9].

3. Pursuant to Local Rule 7007-1(ii), the initial deadline for the Plaintiff to file a response to the Motion to Dismiss is August 20, 2021.

4. Pursuant to Local Rule 7012-2, the Parties agree and stipulate that the time within which the Plaintiff may respond to the Motion to Dismiss is hereby extended three weeks to and including September 10, 2021.

| | |
|---|---|
| Dated: August 16, 2021 | Dated: August 16, 2021 |
| **COLE SCHOTZ P.C.** | **POTTER ANDERSON & CORROON LLP** |
| By: */s/ Andrew Roth-Moore* <br> Justin R. Alberto, Esq. (No. 5126) <br> Andrew Roth-Moore, Esq. (No. 5988) <br> Cole Schotz P.C. <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 652-3131 <br> Email: jalberto@coleschotz.com <br>          aroth-moore@coleschotz.com | By: */s/ Jeremy W. Ryan* <br> Jeremy W. Ryan, Esq. (No. 4057) <br> John A. Sensing (No. 5232) <br> Jesse L. Noa (No. 5973) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: 302-984-6000 <br> Fax: 302-658-1193 <br> Email: jrayn@potteranderson.com <br>          jsensing@potteranderson.com <br>          jnoa@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |