# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACHAOGEN, INC.<br>                 Debtor. | Chapter 11<br><br>Case No. 19-10844 (BLS) |
| EDWARD E. NEIGER, as Trustee of the Achaogen Plan Trust,<br>                 Plaintiff,<br>            v.<br>CIPLA USA, INC.<br>                 Defendant. | Adv. Proc. No. 21-50479 (BLS)<br><br>**Re: Adv. Docket Nos. 9, 10, 19, 21, 25** |

## ORDER

AND NOW, this 30th day of January, 2023, upon consideration of the Defendant Cipla's Partial Motion to Dismiss the Complaint under Fed. R. Civ. P. 8 and 12(b)(6) (the "Motion")[1], and the Plaintiff's response thereto, and after oral argument, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) The Motion is GRANTED as to Count IV (tortious interference with contract) and Count IV is dismissed without prejudice to the Plaintiff to replead; and

(2) The remainder of the Motion is DENIED as to Counts V, VI, VIII, IX and X.

                                            FOR THE COURT:

                                            BRENDAN LINEHAN SHANNON
                                            United States Bankruptcy Judge

---

[1] Adv. Docket Nos. 9, 10.