# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Achaogen, Inc.<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10844 (BLS) |
| Edward E. Neiger, not individually but as Plan Trustee of the Achaogen Plan Trust,<br><br>                      Plaintiff,<br>  v.<br><br>Cipla USA, Inc.<br><br>                      Defendant. | Adv. Proc. No. 21-50479 (BLS) |

## **ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME**

This Court, having considered the *Stipulation for Further Extension of Time* (the "Stipulation") between the above-captioned plaintiff ("Plaintiff") and the above-captioned defendant (the "Defendant" and, together with the Plaintiff, the "Parties"), attached hereto as **Exhibit 1**; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The time for Defendant to answer the *Complaint* [Adv. Docket No. 1] is extended through, to and including February 27, 2023.

3. The time for the parties to serve initial disclosures is extended through, to and including February 27, 2023.

4. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: February 13th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE