# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Achaogen, Inc.,<br><br>              Debtor.[1] | Chapter 11<br><br>Case No. 19-10844 (BLS) |
| Edward E. Neiger, not individually but as Plan Trustee of the Achaogen Plan Trust,<br><br>              Plaintiff<br><br>           v.<br><br>Cipla USA Inc.,<br><br>              Defendant. | Adv. Pro. No. 21-50479 (BLS) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, the Plaintiff in the above-captioned action served the following via electronic mail on March 13, 2023, to the below counsel for Cipla USA Inc.:

- *First Set of Interrogatories and Requests for Production, Propounded by Plaintiff*

Counsel to Cipla USA Inc.:

Jeremy W. Ryan, Esq. (jryan@potteranderson.com)
John A. Sensing, Esq. (jsensing@potteranderson.com)
Jesse L. Noa, Esq. (jnoa@potteranderson.com)
Andrew L. Brown, Esq. (abrown@potteranderson.com)
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

---

[1] The last four digits of Achaogen's federal tax identification number are 3693. The last four digits of the Achaogen Plan Trust's tax identification number are 4172.

61299/0001-44854890v1

| | |
|---|---|
| Dated: March 13, 2023 | **COLE SCHOTZ P.C.**<br><br>/s/ *Andrew J. Roth-Moore*<br>Justin R. Alberto (No. 5126)<br>Andrew John Roth-Moore (No. 5988)<br>500 Delaware Ave., Ste. 1410<br>Wilmington Delaware 19801<br>Telephone: (302) 652-3131<br>jalberto@coleschotz.com<br>aroth-moore@coleschotz.com<br><br>– and –<br><br>**ASK LLP**<br>Nicholas C. Brown, NC SBN 038054<br>(admitted pro hac vice)<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 289-3846<br>Fax: (651) 406-9676<br>nbrown@askllp.com<br><br>*Counsel to Edward E. Neiger, Plan Trustee for the Achaogen Plan Trust* |